UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Charles Trammell | : | |
| Debtor | : | Bankruptcy No. 17-13505-mdc |

## TRUSTEE'S CERTIFICATION OF DEFAULT

      Jacqueline M. Chandler, Esquire, staff attorney for William C. Miller, Esquire, Chapter 13 standing trustee, hereby certifies, pursuant to the court's direction, that the Debtor has failed to comply with the court's instructions as stated on the record on December 13, 2018 and related court hearings in that he has failed to provide the following:

1. An amended plan on or before December 20, 2018

      In accordance with the terms of the above-referenced Order, the case shall be/remain DISMISSED. The standing trustee requests that the Court enter an Order in the form annexed hereto.

Date: December 21, 2018

/s/ Jacqueline M. Chandler for

William C. Miller, Esquire
Chapter 13 Standing Trustee