UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re
Charles Trammell

                    Chapter: 13
                    Bankruptcy No: 17-13505-MDC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF HEARING OBJECTION TO CLAIM
AND NOTICE OF HEARING DATE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. Please note that the above named debtor has filed an Objection to the Proof of claim you filed in this bankruptcy case. I am sending you a copy of the objection.
2. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**
3. If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection which is scheduled as follows:
4. Date and time of hearing : 1/22/19 at 10:30 p.m. Room #2
5. The hearing is scheduled at the following address:

UNITED STATES BANKRUPTCY COURT
Before the Honorable Magdalene D. Coleman (Judge)
900 Market Street, 2nd Floor, Court ROOM __2_,
Philadelphia, PA 19107

6. If you or your attorney does not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

By:
_/s/_____
Allan K. Marshall, Esquire
Attorney for Debtor (Objector)
1819 JFK Blvd #400
Phila, PA 19103
Phone: 215-569-1904
Date of Mailing of this Notice: December 21, 2018