UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Charles Trammell

Chapter:    13
Bankruptcy No: 17-13505-MDC

_____

ORDER GRANTING DEBTOR ADDITIONAL THIRTY (30) DAYS
TO FILE AN AMENDED PLAN
_____

AND NOW, THIS ____ DAY OF _____ 2018, upon consideration of the Debtor's APPLICATION for additional time,

IT IS HEREBY ORDERED

that the Debtor shall have until _____ to file An Amended Plan.

The Confirmation Hearing on the AMENDED Plan will now be held on _____ instead of 1/31/18.

SO ORDERED                    BY THE COURT

_____
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Charles Trammell

Chapter:    13
Bankruptcy No: 17-13505-MDC

_____

DEBTOR'S APPLICATION FOR ADDITIONAL THIRTY (30) DAYS
TO FILE AN AMENDED PLAN
_____

TO THE HONORABLE COURT:

The Debtor states as follows:

1. On 12/13/18, this court issued an Oral Order from the Bench so that the Debtor may file an Amended Plan by 12/21/18.

2. The Amended Plan is due today.

3. Instead, today, the Debtor filed an Objection to he Unsecured Claim of IRS. The hearing on that objection is scheduled for 1/22/19. The Debtor will need additional thirty (30) days from that point on i.e. till 2/22/19 to prepare and File an Amended Plan.

5. WHEREFORE, the Debtor requests this Court to grant till 2/22/19 to file an Amended Plan.

Respectfully Submitted,

 /s/_____
Allan K. Marshall, Esq,
Attorney for Debtor

December 21, 2018